UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WARREN R. EASTERLING,

     Plaintiff,                                      Case No. 3:22-cv-251

vs.

KAMRAN AFZAL, *et al.*,                               District Judge Michael J. Newman
                                                      Magistrate Judge Caroline H. Gentry

     Defendants.

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE**

---

This is a *pro se* civil case in which the Court dismissed Plaintiff's claims with prejudice. Doc. No. 39.  In response, Plaintiff filed a presently pending motion for relief, pursuant to Fed. R. Civ. P. 60, of that decision and order.  *See* Doc. No. 42.  After the Court dismissed this case and Plaintiff filed his Rule 60 motion, Plaintiff filed a lawsuit in the United States District Court for the Southern District of Indiana naming the undersigned as a defendant.  *See Easterling v. Biden, et al.*, No. 1:22-cv-2167 (S.D. Ind. Nov. 9, 2022).  In this instance, recusal is warranted. *See* 28 U.S.C. § 455(a).  The undersigned therefore **RECUSES** himself from this case and **REFERS** this matter to the Clerk of Court for random reassignment to another United States District Judge eligible to preside over this case.

     **IT IS SO ORDERED.**

Date:   November 29, 2022                          s/Michael J. Newman
                                                   Hon. Michael J. Newman
                                                   United States District Judge